Brian L. Taylor
Talia G. Damrow
HALL & EVANS LLC
175 North 27th Street, Suite 1101
Billings, Montana 59101
Email: taylorb@hallevans.com
   damrowt@hallevans.com
Telephone: (406) 969-5227
Facsimile: (406) 969-5223

*Attorneys for Auto Owners Specialty Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| ROBERT NELL<br><br>   Plaintiff,<br><br> vs.<br><br>AUTO OWNERS INSURANCE COMPANY,<br><br>   Defendant. | Case No.: CV-23-41-BU-BMM |

**AUTO OWNERS' MOTION TO DISMISS FOR LACK OF**
**PERSONAL JURISDICTION**

Defendant Auto Owners Insurance Company ("Auto Owners"), by and through its attorneys Brian L. Taylor and Talia G. Damrow, of HALL & EVANS, LLC, hereby moves to dismiss the Complaint against it for lack of personal jurisdiction pursuant to F.R.C.P. 12(b)(2). This Court, or any Montana court for that matter, lacks either general or specific personal jurisdiction over Auto Owners since it is a Delaware corporation with its principal place of business in Michigan, and has

AUTO OWNERS' MOTION TO DISMISS         Hall & Evans LLC
FOR LACK OF PERSONAL JURISDICTION    175 North 27th Street, Suite 1101
Page 1 of 3                Billings, MT 59101

done nothing to otherwise confer specific personal jurisdiction over it under Montana's long-arm statute. As such, the Court should grant Auto Owners' Motion and dismiss it from this lawsuit.

This Motion is accompanied by a Brief in Support filed herewith.

Dated: June 21, 2023.

HALL & EVANS LLC

By: */s/ Talia G. Damrow*
Brian L. Taylor
Talia G. Damrow

*Attorneys for Defendant Auto Owners Insurance Company*

AUTO OWNERS' MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION
Page 2 of 3

Hall & Evans LLC
175 North 27th Street, Suite 1101
Billings, MT 59101

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Geoffrey C. Angel
ANGEL LAW FIRM
803 West Babcock
Bozeman, MT 59715
christianangel@hotmail.com

*Attorneys for Plaintiff*

HALL & EVANS LLC

By: */s/ Talia G. Damrow*
   Brian L. Taylor
   Talia G. Damrow

*Attorneys for Defendant Auto Owners*

AUTO OWNERS' MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION
Page 3 of 3

Hall & Evans LLC
175 North 27th Street, Suite 1101
Billings, MT 59101