**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| ROBERT NELL<br><br>        Plaintiff,<br><br>vs.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>        Defendant. | Case No.: CV-23-41-BU-BMM |

**ORDER GRANTING AUTO-OWNERS INSURANCE COMPANY'S
UNOPPOSED MOTION TO VACATE AND RESET HEARING ON
MOTION TO DISMISS, MOTION TO AMEND AND
PRELIMINARY PRETRIAL CONFERENCE**

Upon unopposed motion of Defendant Auto-Owners Insurance Company to

vacate the hearing on Motion to Dismiss, Motion to Amend and Preliminary Pretrial

Conference, and good cause appearing, **IT IS ORDERED** the hearing on Motion to

Dismiss, Motion to Amend and Preliminary Pretrial Conference currently set for October 2, 2023, at 10:00 am are VACATED.  **IT IS FURTHER ORDERED** the hearing on Motion to Dismiss and Preliminary Pretrial Conference are reset to October 26, 2023 at 10:00 a.m. at the Mike Mansfield Federal Courthouse, Butte, Montana.

DATED this 13th day of September, 2023.

_____

Brian Morris, Chief District Judge
United States District Court