IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBERT NELL<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: CV-23-41-BU-BMM |

**AMENDED ORDER GRANTING AUTO-OWNERS INSURANCE COMPANY'S UNOPPOSED MOTION TO VACATE AND RESET HEARING ON MOTION TO DISMISS, MOTION TO AMEND AND PRELIMINARY PRETRIAL CONFERENCE**

Upon unopposed motion of Defendant Auto-Owners Insurance Company to vacate the hearing on Motion to Dismiss, Motion to Amend and Preliminary Pretrial Conference, and good cause appearing, **IT IS ORDERED** the hearing on Motion to

Dismiss, Motion to Amend and Preliminary Pretrial Conference currently set for October 2, 2023, at 10:00 am are VACATED.  **IT IS FURTHER ORDERED** the hearing on Motion to Dismiss, Motion to Amend and Preliminary Pretrial Conference are reset to October 26, 2023 at 10:00 a.m. at the Mike Mansfield Federal Courthouse, Butte, Montana.

DATED this 14th day of September, 2023.

_____
Brian Morris, Chief District Judge
United States District Court