IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBERT NELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AUTO OWNERS INSURANCE COMPANY and ADJUSTERS OF MONTANA, INC.,<br><br>　　　　Defendants. | CV 23–41–BU–DLC<br><br><br><br>ORDER |

Before the Court is Plaintiff Robert Nell's Unopposed Motion to Remand. (Doc. 56.) The parties agree that the joinder of Adjusters of Montana, Inc. destroys diversity jurisdiction. (*Id.* at 1.) Defendants do not oppose the Motion. (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is REMANDED to the Montana Eighteenth Judicial District of Gallatin County.

IT IS FURTHER ORDERED that the telephonic pretrial conference set for April 11, 2024, is VACATED.

DATED this 10th day of April, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court